**Fill in this information to identify the case:**

Debtor name   **Peninsula Research Ormond Beach, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:18-bk-04498**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 24, 2018**        X **/s/ Angel Ribo**
                                          Signature of individual signing on behalf of debtor

                                          **Angel Ribo**
                                          Printed name

                                          **CEO and President**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Peninsula Research Ormond Beach, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:18-bk-04498**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:    Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................ $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................... $     **164,010.16**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................ $     **164,010.16**

### Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **2,076,435.18**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $     **569.02**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     **194,118.18**

4.    **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b     $     **2,271,122.38**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Peninsula Research Ormond Beach, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:18-bk-04498**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Interacoastal Bank account** | **checking** | **0754** | **$1,124.16** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$1,124.16**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | **81,386.00** | - | **0.00** | = .... | **$81,386.00** |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **Peninsula Research Ormond Beach, LLC**                    Case number (If known)  **6:18-bk-04498**
_____
Name

| 12. | **Total of Part 3.** | $81,386.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
□ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

□ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Office Furniture:  5 desks with hutch and credenza, 10 modular workspace desks, 15 desk chairs, 10 conference room chairs, conference room table, 15 desk top computers, 2 lap top computers, 4 cellular phones, 2 tablets, 4 murphy beds, refrigerator, 8 flat screen tvs, 4 filing cabinets, digital phone system 30 phones.** <br> **Approximately $20,000** | **Unknown** | | **$20,000.00** |

| 40. | **Office fixtures** |
|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
| 42. | **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.** | $20,000.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
□ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Peninsula Research Ormond Beach, LLC**                                  Case number *(If known)*  **6:18-bk-04498**
Name

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

 ☐ No.  Go to Part 9.
 ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2017 Lexus ES350** | **Unknown** | | **$30,000.00** |
| 47.2.  **2015 Audi A6** | **Unknown** | | **$25,000.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
 floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
|---|---|---|---|
| **Refrigerated Centrifuge** | **$0.00** | | **$4,000.00** |
| **2 degree - 8 degree lab refrigerator** | **Unknown** | | **$2,500.00** |

51.    **Total of Part 8.**                                                                                  **$61,500.00**
 Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
 ■ No
 ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

 ☐ No.  Go to Part 10.
 ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example, | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

| Debtor | **Peninsula Research Ormond Beach, LLC** | Case number *(If known)* | **6:18-bk-04498** |
|---|---|---|---|
| | Name | | |

| | acreage, factory, warehouse, apartment or office building, if available. | | | |
|---|---|---|---|---|
| 55.1. | **325 Clyde Morris Blvd, Suite 430, Ormond Beach, FL 32174** | | Unknown | Unknown |
| 55.2. | **325 Clyde Morris Blvd, Suite 220, Ormond Beach, FL 32174** | | Unknown | Unknown |

| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | **$0.00** |
|---|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No. Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Peninsula Research Ormond Beach, LLC**                  Case number *(If known)*  **6:18-bk-04498**
        Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,124.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $81,386.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $61,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $164,010.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $164,010.16 |

**Fill in this information to identify the case:**

Debtor name **Peninsula Research Ormond Beach, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:18-bk-04498**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** | **Ameris Bank**
Creditor's Name

**225 South Main Street**
**Moultrie, GA 31768**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**CICI**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Ameris Bank**
**2. Volusia County Taxes**
**3. Florida First Capital**

Describe debtor's property that is subject to a lien
**325 Clyde Morris Blvd, Suite 430, Ormond Beach, FL 32174**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$140,442.70**

Value of collateral: **Unknown**

**2.2** | **Capital Source**
Creditor's Name
**5404 Wisconsin Ave**
**2nd Floor**
**Chevy Chase, MD 20815**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**8653**

Describe debtor's property that is subject to a lien
**325 Clyde Morris Blvd, Suite 220, Ormond Beach, FL 32174**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$520,972.19**

Value of collateral: **Unknown**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Peninsula Research Ormond Beach, LLC**
    Name

Case number (if known) **6:18-bk-04498**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Capital Source** | | Describe debtor's property that is subject to a lien | $640,000.00 | $81,386.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | **90 days or less: Accounts Receivable due** | | |

**5404 Wisconsin Ave**
**2nd Floor**
**Chevy Chase, MD 20815**
Creditor's mailing address

Describe the lien

**secured by business**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. CBSG** | ☐ Disputed |
| **2. Capital Source** | |
| **3. Jill Keough Blumenstein** | |
| **4. Mulligan Funding/Globelend** | |
| **5. Trust Funding/Samson** | |
| **6. Intracoastal Bank** | |
| **7. Forward Financing/Cresthill** | |
| **8. SPG** | |
| **9. YES Funding** | |

---

| 2.4 | **CBSG** | | Describe debtor's property that is subject to a lien | $129,861.45 | $81,386.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | **90 days or less: Accounts Receivable due** | | |

**22 N. 3rd Street**
**Philadelphia, PA 19106**
Creditor's mailing address

Describe the lien

**UCC Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.3** | ☐ Disputed |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

| Debtor | **Peninsula Research Ormond Beach, LLC** | Case number (if known) | **6:18-bk-04498** |
|---|---|---|---|
| | Name | | |

---

| 2.5 | **Florida First Capital** | **Describe debtor's property that is subject to a lien** | **$116,115.17** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1351 N. Gadsen Street**
**Tallahassee, FL 32303**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**325 Clyde Morris Blvd, Suite 430, Ormond Beach, FL 32174**

**Describe the lien**
**Second Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Forward Financing/Cresthill** | **Describe debtor's property that is subject to a lien** | **$35,000.00** | **$81,386.00** |
|---|---|---|---|---|

Creditor's Name

**315 Madison Avenue, Ste 4026**
**New York, NY 10017**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**90 days or less: Accounts Receivable due**

**Describe the lien**
**UCC Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Intracoastal Bank** | **Describe debtor's property that is subject to a lien** | **$150,000.00** | **$81,386.00** |
|---|---|---|---|---|

Creditor's Name

**2140 LPGA Boulevard**
**Daytona Beach, FL 32117**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**90 days or less: Accounts Receivable due**

**Describe the lien**
**secured by business**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 7

Debtor   **Peninsula Research Ormond Beach, LLC**
_____
Name

Case number (*if know*)   **6:18-bk-04498**

**Last 4 digits of account number**
**0791**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.3** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Jill Keough Blumenstein** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **2425 N. Center Street #355 Hickory, NC 28601** | Describe debtor's property that is subject to a lien | $142,000.00 | $81,386.00 |
| | | **90 days or less: Accounts Receivable due** | | |
| | Creditor's mailing address | | | |

Describe the lien
**secured by business**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.3** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **Lexus Financial Services** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **PO Box 4102 Carol Stream, IL 60197-4102** | Describe debtor's property that is subject to a lien | $46,911.74 | $30,000.00 |
| | | **2017 Lexus ES350** | | |
| | Creditor's mailing address | | | |

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.10 | **Mulligan Funding/Globelend** | Describe debtor's property that is subject to a lien | $50,349.00 | $81,386.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Peninsula Research Ormond Beach, LLC** | | Case number *(if know)* | **6:18-bk-04498** |
|---|---|---|---|---|
| | Name | | | |

**Creditor's Name**
**Attn:  Legal Department**
**4619 Viewridge Avenue**
**Suite C**
**San Diego, CA 92123**
Creditor's mailing address

**90 days or less: Accounts Receivable due**

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0754**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

---

| 2.1 1 | **SPG** | Describe debtor's property that is subject to a lien | **$10,626.00** | **$81,386.00** |
|---|---|---|---|---|

Creditor's Name
**Banco Deleon**
**10 Brower Avenue**
**Woodmere, NY 11598**
Creditor's mailing address

**90 days or less: Accounts Receivable due**

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

---

| 2.1 2 | **Suntrust Consumer Loan Pymts** | Describe debtor's property that is subject to a lien | **$37,710.63** | **$25,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 791144**
**Baltimore, MD 21279-1144**
Creditor's mailing address

**2015 Audi A6**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 7

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Peninsula Research Ormond Beach, LLC** | Case number (if known) | **6:18-bk-04498** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Trust Funding/Samson** | Describe debtor's property that is subject to a lien | $45,000.00 | $81,386.00 |
|---|---|---|---|---|

Creditor's Name

**30 Broad Street, 14th Floor Suite 14108 New York, NY 10004**
Creditor's mailing address

**90 days or less: Accounts Receivable due**

**Describe the lien**
**UCC lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.3** | ☐ Disputed |

---

| 2.1 4 | **Volusia County Taxes** | Describe debtor's property that is subject to a lien | $820.30 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Volusia County Revenue Div 123 West Indiana Ave Deland, FL 32720**
Creditor's mailing address

**325 Clyde Morris Blvd, Suite 430, Ormond Beach, FL 32174**

**Describe the lien**
**Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5101**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.1 5 | **YES Funding** | Describe debtor's property that is subject to a lien | $10,626.00 | $81,386.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Peninsula Research Ormond Beach, LLC**
_____
Name

Case number (if know)  **6:18-bk-04498**

Creditor's Name
**30 Broad Street**
**14th Floor, Suite 14108**
**New York, NY 10004**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.3**

**90 days or less: Accounts Receivable due**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $2,076,435.18 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Capital Source**<br>**75 Remittance Drive**<br>**Dept 6673**<br>**Chicago, IL 60675-6673** | Line  **2.2** | |
| **Capital Source**<br>**75 Remittance Drive**<br>**Dept 6673**<br>**Chicago, IL 60675-6673** | Line  **2.3** | |
| **Christian George**<br>**Akerman LLP**<br>**50 N Laura St**<br>**Suite 3100**<br>**Jacksonville, FL 32202** | Line  **2.1** | **CICI** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Peninsula Research Ormond Beach, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **6:18-bk-04498**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**  Priority creditor's name and mailing address

**Florida Dept of Revenue**
**5050 W. Tennessee St**
**Tallahassee, FL 32399-0125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | **$569.02** | **$569.02** |

Date or dates debt was incurred

Basis for the claim:
**Sales and Use Tax**

Last 4 digits of account number **8577**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.2**  Priority creditor's name and mailing address

**Internal Revenue Service**
**Central Insolvency Dept.**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Peninsula Research Ormond Beach, LLC** | Case number (if known) | **6:18-bk-04498** |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | **ADP**<br>**10200 Sunset Drive**<br>**Miami, FL 33173** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  8112** | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,078.08 |
|---|---|---|---|
| | **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  2002** | **Basis for the claim:**  **Credit card purchases**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,535.87 |
|---|---|---|---|
| | **American General Life Ins.**<br>**PO Box 305293**<br>**Nashville, TN 37230-5293** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  2921** | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $223.34 |
|---|---|---|---|
| | **APS Security Systems**<br>**545 Ballough Road**<br>**Daytona Beach, FL 32114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  8182** | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|
| | **Atlantic Communications**<br>**403 South Yonge Street**<br>**Ormond Beach, FL 32174** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,950.00 |
|---|---|---|---|
| | **C-12 Group of E Central FL**<br>**2881 Shanandoah Road**<br>**Deland, FL 32720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Center Watch**<br>**10 Winthrop Square**<br>**5th Floor**<br>**Boston, MA 02110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Peninsula Research Ormond Beach, LLC** | Case number (if known) | **6:18-bk-04498** |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,226.59** |
|---|---|---|---|

**Chase Ink**
P. O. Box 1423
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **3781**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,936.50** |
|---|---|---|---|

**Chase Slate**
**Cardmember Services**
P O Box 1423
Charlotte, NC 28201-1423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **6901**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,766.35** |
|---|---|---|---|

**CitiCards**
PO Box 9001037
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **6505**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**ClinEdge**
222 Field Street
New Bedford, MA 02740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,800.27** |
|---|---|---|---|

**Cobb Cole**
P.O. Box 2491
Daytona Beach, FL 32115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Complion Inc**
1621 Euclid Avenue
#1251
Cleveland, OH 44115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63.48** |
|---|---|---|---|

**Daytona Fire & Safety**
179 Carswell Avenue
Daytona Beach, FL 32117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **Peninsula Research Ormond Beach, LLC** | Case number (if known) | **6:18-bk-04498** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,293.49 |
|---|---|---|---|

**Dell Business Credit**
**Processing Center**
P. O. Box 5275
Carol Stream, IL 60197-5275

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Vendor__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,473.50 |
|---|---|---|---|

**Diane Lane**
42 Aspen St
Daytona Beach, FL 32124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Loan__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**East Central Florida**
**Outpatient Imaging**
717 20th Street
Columbus, GA 31904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Elite Recruitment Solutions**
906 Glazebrook Loop
Orange City, FL 32763

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.32 |
|---|---|---|---|

**Fed Ex**
PO Box 660481
Dallas, TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Florida First Capital**
1351 N. Gadsen Street
Tallahassee, FL 32303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __loan__

Date(s) debt was incurred _
Last 4 digits of account number __0485__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $443.85 |
|---|---|---|---|

**Image One Janitorial Srvs**
658 Douglas Avenue #100
Altamonte Springs, FL 32714

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Peninsula Research Ormond Beach, LLC** | Case number (if known) | **6:18-bk-04498** |
|---|---|---|---|
| | Name | | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,342.79** |
|---|---|---|---|

**IPFS Corporation**
**24722 Network Place**
**Chicago, IL 60673-1247**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number**  **3AHL**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112.00** |
|---|---|---|---|

**Kings Transporation Group**
**114 Reva Street**
**Daytona Beach, FL 32114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Motor Vehicle Network**
**1 Selleck Street**
**Suite 3A**
**Norwalk, CT 06855**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$582.71** |
|---|---|---|---|

**NEC Financial Services, LLC**
**24189 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$382.50** |
|---|---|---|---|

**Ormond Beach Chamber**
**of Commerce**
**Attn:  Ivey Rodriguez**
**165 West Granada Blvd.**
**Ormond Beach, FL 32174**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pro-Active Computer Svc, Inc**
**6148 Sabal Point Circle**
**Port Orange, FL 32128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$295.00** |
|---|---|---|---|

**Real Time Software Solutions**
**8535 Wurzbach Road**
**Suite 210**
**San Antonio, TX 78240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Peninsula Research Ormond Beach, LLC** | Case number (if known) | **6:18-bk-04498** |
|---|---|---|---|
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$743.61** |
|---|---|---|---|

**State Farm Insurance**
**1387 W. Granada Blvd.**
**Ormond Beach, FL 32174**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  **B859**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$299.50** |
|---|---|---|---|

**Stericycle Inc.**
**P.O. Box 6582**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,086.27** |
|---|---|---|---|

**Tower Hill Prime Insurance**
**f/k/a Rockhill Insurance**
**P.O. Box 865001**
**Orlando, FL 32886**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**US Bank Equip Finance**
**PO Box 790448**
**Saint Louis, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**US Biomedical Svc Options**
**23324 Robbins Road**
**Astatula, FL 34705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$155.00** |
|---|---|---|---|

**Vista Clinical Services**
**4290 South Hwy 27 #201**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$863.92** |
|---|---|---|---|

**Vital Records Control of FL**
**Dept 5874**
**P O Box 11407**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Peninsula Research Ormond Beach, LLC** | Case number (if known) | **6:18-bk-04498** |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$642.24** |
|---|---|---|---|

**W. B. Mason Company Inc.**
P.O. Box 981101
Boston, MA 02298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  6873

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**     List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

  If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**     Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 569.02 |
| 5b. Total claims from Part 2 | 5b. + | $ 194,118.18 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 194,687.20 |

**Fill in this information to identify the case:**

Debtor name    **Peninsula Research Ormond Beach, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:18-bk-04498**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Peninsula Research Ormond Beach, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:18-bk-04498**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Angel and Carol Ribo** | **3 Ehrly Place**<br>**Palm Coast, FL 32164** | **American Express** | ☐ D ____<br>■ E/F ___**3.2**___<br>☐ G ____ |
| 2.2 | **Angel and Carol Ribo** | **3 Ehrly Place**<br>**Palm Coast, FL 32164** | **American General Life Ins.** | ☐ D ____<br>■ E/F ___**3.3**___<br>☐ G ____ |
| 2.3 | **Angel and Carol Ribo** | **3 Ehrly Place**<br>**Palm Coast, FL 32164** | **Ameris Bank** | ■ D ___**2.1**___<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Angel and Carol Ribo** | **3 Ehrly Place**<br>**Palm Coast, FL 32164** | **APS Security Systems** | ☐ D ____<br>■ E/F ___**3.4**___<br>☐ G ____ |
| 2.5 | **Angel and Carol Ribo** | **3 Ehrly Place**<br>**Palm Coast, FL 32164** | **Atlantic Communications** | ☐ D ____<br>■ E/F ___**3.5**___<br>☐ G ____ |

Debtor    **Peninsula Research Ormond Beach, LLC**          Case number *(if known)*    **6:18-bk-04498**

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | C-12 Group of E Central FL | ☐ D _____ ■ E/F **3.6** ☐ G _____ |
| 2.7 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Capital Source | ■ D **2.2** ☐ E/F _____ ☐ G _____ |
| 2.8 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | CBSG | ■ D **2.4** ☐ E/F _____ ☐ G _____ |
| 2.9 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Center Watch | ☐ D _____ ■ E/F **3.7** ☐ G _____ |
| 2.10 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Chase Ink | ☐ D _____ ■ E/F **3.8** ☐ G _____ |
| 2.11 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Chase Slate | ☐ D _____ ■ E/F **3.9** ☐ G _____ |
| 2.12 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | CitiCards | ☐ D _____ ■ E/F **3.10** ☐ G _____ |
| 2.13 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | ClinEdge | ☐ D _____ ■ E/F **3.11** ☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Peninsula Research Ormond Beach, LLC** | Case number *(if known)* | **6:18-bk-04498** |
|---|---|---|---|

**■** Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Cobb Cole | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.15 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Complion Inc | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.16 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Daytona Fire & Safety | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |
| 2.17 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Dell Business Credit | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.18 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Diane Lane | ☐ D _____ ■ E/F __3.16__ ☐ G _____ |
| 2.19 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | East Central Florida | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |
| 2.20 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Elite Recruitment Solutions | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.21 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Fed Ex | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |

| Debtor | **Peninsula Research Ormond Beach, LLC** | Case number *(if known)* | **6:18-bk-04498** |
|---|---|---|---|

▌ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.22 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Florida First Capital | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.23 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Forward Financing/Cresthill | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Image One Janitorial Srvs | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |
| 2.25 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Intracoastal Bank | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | IPFS Corporation | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.27 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Jill Keough Blumenstein | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Kings Transporation Group | ☐ D _____<br>■ E/F ___3.23___<br>☐ G _____ |
| 2.29 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Lexus Financial Services | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Peninsula Research Ormond Beach, LLC** | Case number *(if known)* | **6:18-bk-04498** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.30 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Motor Vehicle Network | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.31 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Mulligan Funding/Globelend | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | NEC Financial Services, LLC | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |
| 2.33 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Ormond Beach Chamber | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |
| 2.34 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Pro-Active Computer Svc, Inc | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |
| 2.35 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Real Time Software Solutions | ☐ D _____<br>■ E/F __3.28__<br>☐ G _____ |
| 2.36 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | SPG | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.37 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | State Farm Insurance | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |

Debtor  **Peninsula Research Ormond Beach, LLC**                     Case number *(if known)*  **6:18-bk-04498**

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                          Column 2: **Creditor**

| 2.38 | **Angel and Carol Ribo** | **3 Ehrly Place Palm Coast, FL 32164** | **Stericycle Inc.** | ☐ D _____ <br> ■ E/F __3.30__ <br> ☐ G _____ |
|---|---|---|---|---|
| 2.39 | **Angel and Carol Ribo** | **3 Ehrly Place Palm Coast, FL 32164** | **Suntrust Consumer Loan Pymts** | ■ D __2.12__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.40 | **Angel and Carol Ribo** | **3 Ehrly Place Palm Coast, FL 32164** | **Tower Hill Prime Insurance** | ☐ D _____ <br> ■ E/F __3.31__ <br> ☐ G _____ |
| 2.41 | **Angel and Carol Ribo** | **3 Ehrly Place Palm Coast, FL 32164** | **Trust Funding/Samson** | ■ D __2.13__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.42 | **Angel and Carol Ribo** | **3 Ehrly Place Palm Coast, FL 32164** | **US Bank Equip Finance** | ☐ D _____ <br> ■ E/F __3.32__ <br> ☐ G _____ |
| 2.43 | **Angel and Carol Ribo** | **3 Ehrly Place Palm Coast, FL 32164** | **US Biomedical Svc Options** | ☐ D _____ <br> ■ E/F __3.33__ <br> ☐ G _____ |
| 2.44 | **Angel and Carol Ribo** | **3 Ehrly Place Palm Coast, FL 32164** | **Vista Clinical Services** | ☐ D _____ <br> ■ E/F __3.34__ <br> ☐ G _____ |
| 2.45 | **Angel and Carol Ribo** | **3 Ehrly Place Palm Coast, FL 32164** | **Vital Records Control of FL** | ☐ D _____ <br> ■ E/F __3.35__ <br> ☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

| Debtor | **Peninsula Research Ormond Beach, LLC** | Case number *(if known)* | **6:18-bk-04498** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.46 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | W. B. Mason Company Inc. | ☐ D _____ ■ E/F __3.36__ ☐ G _____ |
| 2.47 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | YES Funding | ■ D __2.15__ ☐ E/F _____ ☐ G _____ |
| 2.48 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Capital Source | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.49 | Angel and Carol Ribo | 3 Ehrly Place Palm Coast, FL 32164 | Florida First Capital | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Peninsula Research Ormond Beach, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:18-bk-04498**

☐ Check if this is an
    amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$198,000.00** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$730,223.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$840,209.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Peninsula Research Ormond Beach, LLC**                    Case number *(if known)*  **6:18-bk-04498**

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.—

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | Peninsula Research Ormond Beach, LLC | Case number *(if known)*  6:18-bk-04498 |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Law Offices of Scott W. Spradley, P.**<br>**P. O. Box 1**<br>**109 South 5th Street**<br>**Flagler Beach, FL 32136** | **Filing fee** | **7-26-18** | **$2,000.00** |
| | **Email or website address**<br>**scott.spradley@flaglerbeachlaw.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Mike Alfonso** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

| Debtor | **Peninsula Research Ormond Beach, LLC** | Case number *(if known)* **6:18-bk-04498** |
|---|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | **Peninsula Research Ormond Beach, LLC** | Case number *(if known)* **6:18-bk-04498** |
|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Peninsula Research Ormond Beach, LLC** | Case number *(if known)*  **6:18-bk-04498** |
| --- | --- | --- |

| Name and address | | Date of service From-To |
| --- | --- | --- |
| 26a.1. | **Michael J Duranceau, CPA**<br>**595 W. Granada Blvd**<br>**Suite E**<br>**Ormond Beach, FL 32174** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Angel  Ribo** | **3 Ehrly Place**<br>**Palm Coast, FL 32164** | **Managing Member, CEO and President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Carol Ribo** | **3 Ehrly Place**<br>**Palm Coast, FL 32164** | **Vice President** | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Peninsula Research Ormond Beach, LLC**                Case number *(if known)*   **6:18-bk-04498**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 24, 2018**

**/s/ Angel Ribo**                                                    **Angel Ribo**
Signature of individual signing on behalf of the debtor               Printed name

Position or relationship to debtor   **CEO and President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re   **Peninsula Research Ormond Beach, LLC**                                      Case No.   **6:18-bk-04498**
_____                              Chapter   **11**
                                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO and President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 24, 2018**                                  Signature   **/s/ Angel Ribo**
_____                       _____
                                                              **Angel Ribo**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Peninsula Research Ormond Beach, LLC**        Case No.   **6:18-bk-04498**

                                   Debtor(s)        Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO and President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 24, 2018**            **/s/ Angel Ribo**

                                        **Angel Ribo**/CEO and President
                                        Signer/Title

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re **Peninsula Research Ormond Beach, LLC**

Debtor(s)

Case No. **6:18-bk-04498**

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 10,000.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):

3. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 24, 2018** | **/s/ Scott W. Spradley** |
| *Date* | **Scott W. Spradley 782467** |
| | *Signature of Attorney* |
| | **The Law Offices of Scott W. Spradley, P.A.** |
| | **P. O. Box 1** |
| | **109 South 5th Street** |
| | **Flagler Beach, FL 32136** |
| | **386 693 4935  Fax: 386 693 4937** |
| | **scott.spradley@flaglerbeachlaw.com** |
| | *Name of law firm* |

---